1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9  IN THE UNITED STATES DISTRICT COURT FOR

10  THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  LARRY TRUNDLE                    )
                                     )   Case No. 1:09-cv-02058-JLT
14                                   )
           Plaintiff,                )   STIPULATION AND PROPOSED ORDER
15                                   )   FOR EXTENSION OF TIME FOR PLAINTIFF
    vs.                              )   TO SUBMIT OPENING BRIEF
16                                   )
    COMMISSIONER OF SOCIAL           )
17  SECURITY,                        )
                                     )
18         Defendant.                )
    _____   )
19

20       IT IS HEREBY STIPULATED by and between the parties as follows: that Plaintiff be

21  granted extension of time, until July 26, 20010, in which to serve Plaintiff's Opening Brief. The

22  reasons for the extension are due to staffing issues and counsel's scheduling conflict. The

23  current due date for Plaintiff's Opening Brief is June 25, 2010. The new due date will be

24  Monday, July 26, 2010. The Court's scheduling order shall be modified accordingly.

25  / /

26  / /

27  / /

28  / /

1  Dated:  June 21, 2010                    /s/ Sengthiene Bosavanh

2                                           SENGTHIENE BOSAVANH, ESQ.
                                            Attorney for Plaintiff.
3

4  Dated: _____             BENJAMIN B. WAGNER
                                            United States Attorney
5
                                            By: /s/ Elizabeth M. Firer
6                                           (as authorized via email on 6/21/10)
                                            ELIZABETH M. FIRER
7                                           Assistant Regional Counsel

8

9

10 IT IS SO ORDERED.

11 Dated:  **June 30, 2010**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE