1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10
                              **FRESNO DIVISION**
11

12 LARRY TRUNDLE,                    )
                                     )       CIVIL NO. 1:09-CV-02058 JLT
13       Plaintiff,                  )
                                     )
14       v.                          )       STIPULATION AND ORDER TO EXTEND
                                     )       TIME
15 MICHAEL J. ASTRUE,                )
   Acting Commissioner of            )
16 Social Security,                  )
                                     )
17       Defendant.                  )
   _____ )

18

19     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

21 Opening Brief up to and including September 24, 2010. This extension is being sought because, from

22 the time Plaintiff filed his brief and the current due date of August 25, 2010, the undersigned Counsel for

23 the Commissioner has been assigned additional work loads that require reviewing other attorneys' cases

24 for voluntary remand considerations and reviewing the appellate briefs of her colleagues. This work

25 load is unpredictable and requires immediate attention. Since Plaintiff filed his brief, counsel has had to

26 adjust to this new work load and had to draft and two appellate briefs, 4 other district court briefs and

27 participate in a mandatory training for two work days. Given these workloads, Counsel for the

1 | Commissioner was not able to complete the Commissioner's response by the current due date and
2 | respectfully requests an additional 30 days.
3 |     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 25, 2010

*/s/Sengthiene Bosavanh*

SENGTHIENE BOSAVANH
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: August 25, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/ Elizabeth Firer*

ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **August 26, 2010**                    **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE