1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
10
                              **FRESNO DIVISION**
11

12 LARRY TRUNDLE,                )
                                 )      CIVIL NO. 1:09-CV-02058 JLT
13         Plaintiff,            )
                                 )
14         v.                    )      STIPULATION AND ORDER TO EXTEND
                                 )      TIME
15 MICHAEL J. ASTRUE,            )
   Acting Commissioner of        )
16 Social Security,              )
                                 )
17         Defendant.            )
   _____)

18

19     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20 attached Order, that Defendant shall have an second extension of time of 21 days to respond to
21 Plaintiff's Opening Brief up to and including October 15, 2010.  This extension is being sought because,
22 after this Court granted the first extension, Counsel for the Commissioner unexpectedly missed several
23 days of work due to illness and was unable to complete the Commissioner's response given her
24 additional workload for the time at issue, which included drafting a Ninth Circuit brief, three other
25 district court briefs and participating in mandatory training.  Given this workload and unexpected
26 absences, Counsel was not able to complete the Commissioner's response by the current due date and
27 respectfully requests an additional 21 days.  Counsel seeks 21 days because she has to complete another
28

Ninth Circuit brief and prepare for and participate in an oral argument during the weeks of September 27-October 1 and October 4-8, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 27, 2010

*/s/Sengthiene Bosavanh*

SENGTHIENE BOSAVANH
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: September 27, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Elizabeth Firer*

ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **September 28, 2010**                              **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE